ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER K. PELHAM (Cal. State Bar No. 241068)
Assistant United States Attorney
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0610
     Facsimile: (213) 894-0142
     Email: christopher.pelham@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 08-3011M |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO DISMISS COMPLAINT |
| v. | |
| REYMUNDO TREJO, | Fed. R. Crim. Proc. 48(a) |
| Defendant. | |

The Court is in receipt of the government's *ex parte* motion to dismiss the above-captioned complaint.

GOOD CAUSE SHOWING,

The government's *ex parte* motion to dismiss the above-captioned complaint is GRANTED. The complaint, as well as all active arrest warrants, are ordered dismissed and vacated.

DATED: May 4, 2011

UNITED STATES MAGISTRATE JUDGE
Michael R. Wilner